AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

United States Courts
Southern District of Texas
FILED
JUN 0 9 2004
Michael N. Milby, Clerk

DISTRICT OF _____

Sarah Sponsel

v.

The City of Houston;
Chief C.O. Bradford;
Captain Mark Aguirre
and Captain J.P. Mokwa

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-1542

TO: (Name and Address of Defendant)

Captain Mark Aguirre
2011 Sperwick Drive, Apt. 215
Houston, TX 77055

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael Kerensky
The Kerensky Law Firm
5300 Memorial, Ste. 950
Houston, TX 77007

an answer to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY

CLERK

*/s/ AC Robinson*
BY DEPUTY CLERK

DATE APR 19 2004

[Stamp: PROCESS SERVED AFFIDAVIT ATTACHED]

#7

# AFFIDAVIT OF SERVICE

COUNTY: SOUTHERN        CASE # H041542              COURT
                                         Clt. Ref.#           Clt.#   5542
SARAH SPONSEL

VS
THE CITY OF HOUSTON, CHIEF C.O. BRADFORD, CAPTAIN MARK AGUIRRE
AND CAPTAIN J.P. MOKWA

The documents came to hand for service on 04/19/04   Time: 15:21:15

Documents received for service:

**SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on **05/03/04**  Time: **13:30:00**

Executed at: 2011 Spenwick Dr., Apt. 215
              Houston, TX 77055
to the following: **Aguirre, Mark**
                  **Captain**

\_\_\_\_   PERSONALLY delivering the document(s) to the person above.
\_\_\_\_   SUBSTITUTE SERVICE per Order by delivering to _____a person
       over sixteen (16) years of age, at the above listed address which is the usual
       place of abode/business of the above named person.
\_\_\_\_   POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Bernadette L Johnson                         ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

                                              Bernadette L Johnson
Service Fee:_____                       Professional Civil Process Houston
Witness Fee Tendered:_____                4635 Southwest Frwy, #750
                                                  Houston, Texas 77027

STATE OF TEXAS}
                           VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this \_\_\_\_ day of _____ 200\_\_.

PCP Inv. #H04041005
                           NOTARY PUBLIC FOR THE STATE OF TEXAS